JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAPPUCCIO,<br><br>    Plaintiff,<br><br>    vs.<br><br>PEPPERDINE UNIVERSITY,<br><br>    Defendant. | CASE No. CV 13-3125 DSF (AFWx)<br><br>**JUDGMENT AFTER TRIAL BY JURY**<br><br>Hon. Dale S. Fischer |

   This action came on regularly for trial on July 22, 2014, in Courtroom 840 of United States District Court, Central District of California, Central Division, the Honorable Dale S. Fischer, Judge Presiding; the Plaintiff Matthew Cappuccio, appearing by attorneys Michael J. Freiman, Esq., and Lawrence W. Freiman, Esq., the Defendant Pepperdine University appearing by attorney Philip Ewen.

   A jury of 7 persons was regularly impaneled and sworn on July 22, 2014. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the Court instructed the jury, and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and returned to the Court with its unanimous verdict, which said as follows:

907559.1

1

[ALTERNATE PROPOSED] JUDGMENT AFTER TRIAL BY JURY

We the jury in the above-captioned matter, answer the questions put to us as follows:

**QUESTION 1:**

Do you find from a preponderance of the evidence that Defendant is liable to Plaintiff for wrongfully discharging, demoting, or failing to hire Plaintiff in violation of public policy?

    Answer:    _____ Yes        __ X __ No

**QUESTION 2:**

    Do you find from a preponderance of the evidence that Defendant is liable to Plaintiff for retaliating against Plaintiff under Fair Labor Standards Act?

    Answer:    __ X __ Yes        _____ No

If you answered Questions 1 and 2 "no," sign and return this verdict form. If you answered question 1 or 2 "yes," then answer the next question.

**QUESTION 3:**

What is the total amount of damages to Plaintiff that was caused by the conduct for which you find Defendant liable?

| | | |
|---|---|---|
| a. | Past economic damages: | $120,000.00 |
| b. | Future economic damages: | $ 0 |
| a. | Past noneconomic damages: | $ 22,000.00 |
| a. | Future noneconomic damages: | $ 0 |
| | Total Damages | $142,000.00 |

**QUESTION 4:**

Has plaintiff proven by clear and convincing evidence that Defendant was guilty of malice, fraud, or oppression in the conduct that caused you to answer "yes" to Question No. 1?

      Answer:        _____ Yes          _____ No.

The Court strikes the non-economic damages award as being unavailable as instructed under the second cause of action pursuant to the parties' stipulation made on the record. By reason of the jury's verdict, Plaintiff Matthew Cappuccio is entitled to judgment against Defendant Pepperdine University.

It is ORDER AND ADJUDGED that Plaintiff Matthew Cappuccio shall recover $120,000 from Defendant Pepperdine University.

Further, Plaintiff Matthew Cappuccio shall recover reasonable attorneys' fees and costs in accordance with FRCP Rule 54 and Local Rule 54, as well as 29 U.S.C. § 216(b) and the Fair Labor Standards Act, to the extent that entitlement to said attorneys' fees and costs is proven to the Court, and Plaintiff Matthew Cappuccio shall recover liquidated damages as defined under 29 U.S.C. § 216(b) and the Fair Labor Standards Act, to the extent that he is entitled to said damages and if such damage claim is proven to the Court. This judgment shall be amended to reflect such awards.

DATED: 8/1/14

*Dale S. Fischer*

HON. DALE S. FISCHER
United States District Judge