1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10

11     MATTHEW CAPPUCCIO,                )        Case No.:  CV 13-3125 DSF (AJWx)
12                      Plaintiff,        )
                                          )
13            vs.                         )
                                          )        **AMENDED JUDGMENT**
14     PEPPERDINE UNIVERSITY,             )
15                      Defendant.        )
                                          )
16                                        )
17     _____
18            This action was tried by a jury commencing on July 22, 2014.  Plaintiff
19     Matthew Cappuccio appeared by attorneys Michael J. Freiman, Esq. and
20     Lawrence W. Freiman, Esq., and Defendant Pepperdine University appeared by
21     attorney Philip Ewen.
22            The jury found in favor of Plaintiff as to the claim of violation of the Fair
23     Labor Standards Act only in the amount of $120,000.  The Court strikes the non-
24     economic damages award as being unavailable pursuant to the parties' stipulation
25     on the record.  By reason of the jury's verdict, Plaintiff is entitled to judgment
26     against Defendant.
27
28

It is ORDERED AND ADJUDGED that Plaintiff shall recover $120,000 from Defendant.  Plaintiff shall recover reasonable attorney's fees in the amount of $102,153.75 and costs from Defendant in accordance with Fed. R. Civ. P. 54 and L.R. 54, as well as 29 U.S.C. § 216(b) of the Fair Labor Standards Act.

IT IS SO ORDERED.

Dated: 9/26/14

_____
Dale S. Fischer
United States District Judge